IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01901-CMA-KLM

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiff,

v.

STEPHEN J. RANDAZZO, an individual, and
WELSH INSURANCE AGENCY, INC., a Colorado corporation,

    Defendants.

---

## ORDER

---

This matter is before the Court on Defendants' Notice of Interim Settlement Regarding Preliminary Injunction (Doc. # 15). The Court notes that the issues to be decided at the preliminary injunction hearing set for November 4, 2008 have now been resolved. It is, therefore,

ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction (Doc. # 2) set for November 4, 2008 at 2:00 p.m. is VACATED.

DATED: November __3__, 2008.

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge