IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01901-CMA-KLM

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiff,

v.

STEPHEN J. RANDAZZO, an individual, and
WELSH INSURANCE AGENCY, INC., a Colorado corporation,

    Defendants.

---

## ORDER APPROVING INTERIM SETTLEMENT AGREEMENT

---

This matter is before the Court on the parties' Joint Motion to Approve Interim Settlement Agreement (Doc. # 22). Having read the motion and reviewed the Interim Settlement Agreement, the Court hereby ORDERS that the motion is GRANTED.

IT IS ORDERED that the parties' Interim Settlement Agreement, as attached to their joint motion, is APPROVED by the Court. The Court further notes that this Interim Settlement Agreement resolves the issues set forth in Plaintiff's Motion for Preliminary Injunction (Doc. # 2).

DATED: November __19__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge