IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01901-CMA-KLM

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiff,

v.

STEPHEN J. RANDAZZO, an individual, and
WELSH INSURANCE AGENCY, INC., a Colorado corporation,

    Defendants.

---

**ORDER APPROVING FINAL SETTLEMENT AGREEMENT, ENTERING PERMANENT INJUNCTION AND DISMISSING ACTION**

---

This matter is before the Court the parties' Joint Motion To Approve Final Settlement Agreement, To Enter Permanent Injunction and To Dismiss Action (Doc. # 27). The Court, having reviewed the motion and the file and being fully advised of the bases for the motion, hereby:

    1.    ORDERS that the joint motion is granted and the Final Settlement Agreement is approved.

    2.    ORDERS that a permanent injunction is entered with the following provisions:

        a.    Defendants and Defendants' employees, agents and representatives will preserve as confidential and will not make any use of any of ANPAC's "Trade Secrets" and will not disseminate any of ANPAC's Trade

Secrets to anyone. Defendants represent and affirm that they do not have in their possession or control any records, policy files or policyholder information that Randazzo maintained, to which he had access or that were in his possession or control while he was ANPAC's agent or regarding any ANPAC policyholder for whom Randazzo or anyone else acted as ANPAC's agent, specifically including, without limitation; (a) any records regarding names, addresses and ages of any ANPAC policyholders; (b) any records regarding the description and location of property insured by ANPAC; or (c) any records regarding expiration or renewal dates of insurance policies for any ANPAC policyholders. Collectively, the records listed in this paragraph are referred to as the "ANPAC Records." If Defendants later discover they have any ANPAC Records, they will promptly deliver all copies of all such ANPAC Records to their attorney to deliver to ANPAC's attorneys. ANPAC's "Trade Secrets" are the ANPAC Records and any other confidential information or records created by or belonging to ANPAC about its operations, business or financial affairs, know-how, processes, marketing plans, bids, techniques, products or services and any information that was given to ANPAC in confidence about any person who is or was insured with ANPAC or any property that is or was insured by ANPAC.

      b.      For the one-year period of September 5, 2008 through September 4, 2009, Defendants and Defendants' employees, agents and representatives will not take any action intended to cause any ANPAC policyholder to terminate or not to renew any insurance policy or other contract with ANPAC.

c. For the one-year period of September 5, 2008 through September 4, 2009, Defendants and Defendants' employees, agents and representatives will not, directly or indirectly through any partner, agent, employee, or firm on the their behalf, solicit insurance business from any person or business who was insured with ANPAC as of September 5, 2008, the date of the Verified Complaint, for whom, anytime prior to September 5, 2008, Defendant Randazzo or anyone he supervised had been ANPAC's agent, and Defendants will not accept any insurance business from any such person or business person. This provision shall not prohibit Defendants from soliciting business from any person through normal advertising practices; *e.g.*, newspaper and Internet advertising that is meant to be seen by all potential customers and is not targeted at ANPAC's policyholders.

3. The Court approves the parties' agreements stated in the Final Settlement Agreement about the enforcement of the Agreement.

4. ORDERS that, subject to the injunction and other relief entered by this Order, this action is dismissed without prejudice, with each party shall pay their own attorneys' fees and costs.

DATED: January __8__, 2009

BY THE COURT:

*s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge